**Floyd BROWN v. STATE.**
8 Div. 946.

Court of Appeals of Alabama.
Jan. 30, 1934.

152 So. 920

SAMFORD, Judge.
Affirmed.

**Floyd BROWN v. STATE.**
8 Div. 953.

Court of Appeals of Alabama.
May 22, 1934.

155 So. 916

SAMFORD, Judge.
Affirmed.

**Herbert BROWN v. STATE.**
7 Div. 134.

Court of Appeals of Alabama.
Jan. 22, 1935.

159 So. 889

SAMFORD, Judge.
Affirmed.

**Millie V. BRUNDIDGE v. STATE.**
4 Div. 109.

Court of Appeals of Alabama.
April 30, 1935.

161 So. 915

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

The defendant was indicted on a charge of assault to murder and on her trial was convicted of assault and battery.

The verdict of the jury had the effect of acquitting the defendant of the charge of assault to murder, and hence it becomes unnecessary for us to pass upon any questions relating alone to that charge. We have examined the record relative to the charge of assault and battery, and nowhere do we find error. The judgment is affirmed.

Affirmed.

**John BUCHANAN v. STATE.**
4 Div. 22.

Court of Appeals of Alabama.
March 6, 1934.

153 So. 919

Roy L. Smith, of Phenix City, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

**Mrs. John BURGESS v. STATE.**
4 Div. 177.

Court of Appeals of Alabama.
Nov. 5, 1935.

163 So. 905

SAMFORD, Judge.
Affirmed.

**Byrd BUTLER v. STATE.**
8 Div. 41.

Court of Appeals of Alabama.
Feb. 12, 1935.

159 So. 913

BRICKEN, Presiding Judge.
Affirmed.